FILED

06/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0245

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 23-0245

CARL M. ANKENY,

Petitioner,

v.

PETER BLUDWORTH, Warden,
Crossroads Correctional Center,

Respondent.

**ORDER**

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including July 8, 2023, within which to prepare, serve, and file the State's response.

**CH**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 6 2023